IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TYSON E.,[1]

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Civ. No. 6:20-cv-00474-CL

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

MARK D. CLARKE, Magistrate Judge.

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,794.41 shall be awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The attorney fees shall be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the EAJA fees under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney Dellert Baird Law Offices, PLLC. Any check for EAJA fees shall be mailed to Plaintiff's counsel at Dellert Baird Law Offices, PLLC, 2805 Bridgeport Way W, #23, University Place, WA, 98466.

It is SO ORDERED and DATED this 22 day of June, 2021.

_____
MARK D. CLARKE
United States Magistrate Judge

---

[1] In the interest of privacy, this Order uses only the first name and the initial of the last name of the non-governmental party in this case.